IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-50-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISIDORO PEREZ RIVERO, and ) | |
| YULIAN MANUEL VILLAVICENCIO, ) | |
| ) | |
| Defendants. ) | |

As explained in open court and incorporated by reference, defendants' motions to suppress [D.E. 31, 33] lack merit and are DENIED.

SO ORDERED. This 8 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge