IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-50-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ISIDORO PEREZ RIVERO | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on May 29, 2018, the following personal property is hereby forfeitable pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C):

(1) Toshiba laptop computer, S/N 46159282Q;

(2) Wireless scanning device with Mini123 circuit board;

(3) iPhone 6S Plus, Model A1634, IMEI 353301070156372;

(4) iPhone 6 Plus, Model 1522, IMEI 354454066153595;

(5) Samsung cellphone, Model SGH-M919, EMEI 355537/05/472036/4; and

(6) Alcatel One Touch cellphone, IMEI 014451001920007.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Isidoro Perez Rivero, the interest of the defendant in the identified property is herewith forfeited to the United

States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(a)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(a)(4)(B).

3. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 4 day of September, 2018.

JAMES C. DEVER III
Chief United States District Judge